UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -9  A 11: 00

LORETTA G. WHYTE

| | |
|---|---|
| STACY SARTIN | CIVIL ACTION No. 00-0164 |
| VERSUS | SECTION "J" |
| WAL-MART STORES, INC. | MAGISTRATE (1) |

### MOTION FOR EXTENSION OF TIME

Defendant, Wal-Mart Stores, Inc., moves this Court for an extension of time of ~~thirty (30)~~ twenty (20) days within which to plead, until March 21, 2000, for the reason that counsel has only recently been retained and additional time is required to conduct an investigation. No other extensions have been granted and no oppositions have been filed in the record.

Respectfully submitted,

ROY C. BEARD    (#17461)
CAMPBELL, McCRANIE, SISTRUNK, ANZELMO & HARDY
3445 N. Causeway Blvd./Suite 800
Metairie, Louisiana  70002
Telephone:  (504) 831-0946
ATTORNEY FOR DEFENDANT,
WAL-MART STORES, INC.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed this 8th day of February, 2000.

FEB 11 2000
DATE OF ENTRY

ROY C. BEARD    (#17461)

UNITED STATES DISTRICT COURT

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No. 3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STACY SARTIN | CIVIL ACTION No. 00-0164 |
| VERSUS | SECTION "J" |
| WAL-MART STORES, INC. | MAGISTRATE (1) |

## ORDER

Considering the foregoing Motion:

IT IS ORDERED that defendant, Wal-Mart Stores, Inc., be and it is hereby granted an additional ~~thirty (70)~~ *twenty (20)* days, ~~until March 21, 2000~~, in which to file responsive pleadings.

New Orleans, Louisiana, this 10th day of February, 2000.

_____
JUDGE