

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**APRIL 6, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STACY SARTIN | CIVIL ACTION |
| versus | NUMBER 00-0164 |
| WAL-MART STORES, INC. | SECTION "J" (1) |

A settlement conference is scheduled in the above-captioned case on Thursday, October 12, 2000 at 2:00 P.M. before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

**On or before October 10, 2000**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994. All counsel are to have access to someone with full settlement authority.**

DATE OF ENTRY
APR - 7 2000

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

Fee_____
Process_____
X Dkid_____
CtRmD_____
Doc. No. 6