UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STACY SARTIN | CIVIL ACTION |
| VERSUS | NO. 00-164 |
| WAL-MART STORES, INC | SECTION: J(1) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## EXPARTE AND UNOPPOSED MOTION TO EXTEND DEADLINE FOR EXCHANGE OF PLAINTIFF'S EXPERT REPORTS

**APPEARING HEREIN** through undersigned counsel, plaintiff, Stacy Sartin, respectfully requests that the deadline for plaintiff to exchange expert reports be extended until October 11, 2000 for the reasons enumerated in the accompanying memorandum.

Respectfully submitted,

_____
Robert J. Caluda, Bar #3804
1340 Poydras Street, Suite 2110
New Orleans, Louisiana 70112
Telephone: (504) 586-0361

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by faxing and mailing same to each properly addressed and postage prepaid on this ___ day of _____, 2000

DATE OF ENTRY
SEP 2 0 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STACY SARTIN | CIVIL ACTION |
| VERSUS | NO. 00-164 |
| WAL-MART STORES, INC | SECTION: J(1) |

******************************************************************

## ORDER

Considering the foregoing:

It is hereby ordered, adjudged and decreed that the deadline for the exchange of plaintiff's expert reports be extended until October 11, 2000, provided this extension does not require continuance of the trial date.

NEW ORLEANS, LOUISIANA this 19th day of September, 2000.

_____
JUDGE