

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**OCTOBER 11, 2000**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STACY SARTIN** | CIVIL ACTION |
| versus | NUMBER 00-0164 |
| **WAL-MART STORES, INC.** | SECTION "J" (1) |

The settlement conference scheduled before the undersigned Magistrate Judge on Thursday, October 12, 2000 at 2:00 p.m. is Canceled.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
OCT 12 2000