```
            FILED
       U.S. DISTRICT COURT
     EASTERN DISTRICT OF LA

     2000 OCT 25  AM 11: 26
             OCT 25 2000
         LORETTA G. WHYTE
              CLERK
```

MINUTE ENTRY
BARBIER, J.
OCTOBER 24, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

STACY SARTIN                                         CIVIL ACTION

VERSUS                                               NO: 00-164

WAL-MART                                             SECTION: "J"(1)

**IT IS ORDERED** that a **telephone status conference** will be held in the above-captioned case on **Thursday, October 26, 2000 at 4:00 p.m.** All parties have been so notified by telephone this date.

* * * * * * * * *

DATE OF ENTRY
OCT 2 5 2000

Fee ____
Process ____
X Dktd ____
CtRmDep ____
Doc.No. 26