FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 30 PM 4:32

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
BARBIER, J.
NOVEMBER 30, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STACY SARTIN | CIVIL ACTION |
| VERSUS | NO: 00-164 |
| WAL-MART | SECTION: "J"(1) |

The Court held a pre-trial conference this date with the following counsel in attendance: Robert Caluda, representing plaintiff; and Roy Beard, representing defendant.

At the conference, the Court **ORDERED** as follows:

(1) By <u>Wednesday, December 6, 2000 at 12:00 noon</u>, plaintiff's counsel is to prepare and submit to the Court the **original and ten copies**[*] of a single **Bench Book** which should contain:

    (a) An Index of <u>all</u> "un-objected to" exhibits listing and numbering all exhibits sequentially and without reference to the

---

[*] If counsel will be making arrangements for projecting exhibits on overhead, ELMO, etc., an original and three copies is sufficient.

DATE OF ENTRY
DEC 0 1 2000

offering party;

(b) All un-objected to exhibits are to be included in the single Bench Book (if feasible) with each exhibit each exhibit **tabbed, numbered, and paginated**. <u>Photographs of large exhibits and posters are to be included in the benchbooks. While oversized exhibits and posters may be used during trial, they will not be kept by the Courtroom Deputy</u>.

(c) A second volume, containing the "objected to" exhibits shall also be filed. <u>Separate, but brief memoranda stating the reason for the objections and responding to the objections of other counsel must be submitted to the court by the offering party by Wednesday, December 6, 2000 at noon;</u>

(d) Any discovery that will be used as an Exhibit must be specifically identified; for example, the exact Interrogatory and the corresponding Answer.

(3) By <u>Wednesday, December 6, 2000 at 12:00 noon</u>, the parties are to submit the entire transcript of <u>any</u> deposition (including video and audio depositions) which will be used in lieu of live testimony at Trial. If the parties do not seek to

2

introduce the entire deposition, they should designate which portions they seek to introduce in a letter to the Court. All colloquy and objections (which can be resolved among the parties) are to be removed in the transcripts, video, and audio (if applicable). Any objections which cannot be worked out by the parties must be highlighted in the subject transcript and brief memoranda addressing "why the objections should be sustained or not" must also be submitted to the court by <u>12:00 noon on Wednesday, December 6, 2000</u>. After the court rules on the objections, the parties are to have the video and audio depositions (if any) edited accordingly so that any references to "objections" are deleted, and there is no dead space in either the video or audio presentation to the jury.

 (4) By <u>12:00 noon on Wednesday, December 6, 2000</u>, the parties are to submit their proposed Jury Charges (which are unique to this case) and Special Interrogatories to the Jury (verdict form), in **hard copy and on disk**, saved in WordPerfect 8.0 or a prior release.

 (5) By <u>12:00 noon on Wednesday, December 6, 2000</u>, the parties are to submit any motions in limine.

 (6) By <u>12:00 noon on Wednesday, December 6, 2000</u>, the parties are to submit any optional trial memoranda.

 (7) By <u>Monday, December 4, 2000 at noon</u>, the parties are to exchange "will call" witness lists so that arrangements may be made for their presence at trial.

(8)  At the commencement of trial, counsel will provide the court with three copies of the final witness list.

(9)  The Courtroom Deputy is to be notified three working days prior to trial of any equipment that will be needed by counsel during trial, or if more than two tables will be needed to seat counsel.

(10) Trial will commence at <u>8:30 a.m. on Monday, December 11, 2000</u> and is expected to last 1 day.

\* \* \* \* \* \*