UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STACY SARTIN | CIVIL ACTION |
| VERSUS | NUMBER: 00-164 |
| WAL-MART STORES INC. | SECTION: J |
| COURTROOM DEPUTY:<br>EILEEN STENSRUD | COURT REPORTER:<br>VIC DIGIORGIO |

MONDAY, DECEMBER 11, 2000
JUDGE CARL J. BARBIER PRESIDING

## JURY TRIAL

Court begins at 8:30 a.m.
Case called.
All present and ready.
The jury panel is sworn on voir dire and questioned.
The jury is selected, sworn and instructed.
Remainder of the panel is excused with the thanks of the court.
Joint motion for sequestration of witnesses: GRANTED; witnesses instructed.
Opening statements.
Stipulation of facts read into the record.
Plaintiff's witnesses:  Stacy T. Sartin, sworn and testified.
                        Dr. Michael T. Howard, sworn and testified.
                        Francis Cooper, sworn and testified.
                        Deposition of Dr. Michael Brunet read.
                        Nathaniel Sartin, sworn and testified.
Out of jury's presence, plaintiff's motion to recall plaintiff to clear up two issues: GRANTED.

DATE OF ENTRY
DEC 1 3 2000

Fee____
Process____
X/Dktd____
___CtRmDep
Doc.No.___37

**Plaintiff's witnesses:** Stacy Sartin, previously sworn, testifies.
**Plaintiff rests.**
**Out of jury presence, plaintiff's motion for judgment as a matter of law: DENIED.**
**Defendant's witnesses:** Ron Dyson, sworn and testified.
  Daneen Camise, sworn and testified.
**Defendant rests.**
**Plaintiff's rebuttal witnesses:** Stacy Sartin, previously sworn, testifies.
**Plaintiff rests on rebuttal.**
**Out of jury's presence, defendant's motion for judgment as a matter of law: DENIED.**
**Jury excused at 4:30 p.m. to return at 9:00 a.m.**
**Counsel instructed to appear at 8:30 a.m.**
**Court recesses at 4:30 p.m.**


**ATTORNEYS:** Robert Caluda, Esq., for plaintiff
  Roy C. Beard, Esq., for defendant