UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STACY SARTIN | CIVIL ACTION |
| VERSUS | NUMBER: 00-164 |
| WAL-MART STORES INC. | SECTION: J |
| COURTROOM DEPUTY:<br>EILEEN STENSRUD | COURT REPORTER:<br>VIC DIGIORGIO |

TUESDAY, DECEMBER 12, 2000  8:30 a.m.
JUDGE CARL J. BARBIER PRESIDING

## JURY TRIAL

Court resumes at 8:55 a.m.
All present and ready.
Closing arguments.
Jury is charged and retires.
Jury begins deliberation. (10:25 a.m.)
Jury returns at 2:10 p.m.
Verdict is read in favor of the plaintiff and against the defendant.
Judgment to be entered by the Clerk.
Jury is thanked and excused.
Court adjourns at 2:10 p.m.

**ATTORNEYS:** Robert Caluda, Esq., for plaintiff
Roy C. Beard, Esq., for defendant

DATE OF ENTRY
DEC 1 3 2000

Fee
Process
X Dktd
CtRmDep
Doc.No. 40