

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STACY SARTIN | CIVIL ACTION |
| VERSUS | NUMBER: 00-164 |
| WAL-MART STORES, INC. | SECTION: J (1) |

**JUDGMENT**

This case came on for trial on before Judge Carl J. Barbier.

Considering the answers of the jury to the interrogatories propounded by the Court at the trial of this matter; and further considering the direction of the Court as to entry of judgment, accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of plaintiff, Stacy Sartin, and against defendant, Wal-Mart Stores, Inc., in the amount of $42,642.35, at the prevailing legal rate of interest and from date of judicial demand, and with costs.

Dated at New Orleans, Louisiana, this 13th day of December, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
DEC 14 2000