UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC 13 PM 2:18
DEC 13 2000
LORETTA G. WHYTE
CLERK

__SARTIN__                                    Number __00-164__

versus

__WALMART__                                   Section __J__

On motion of David A. Zapalo, Chief Deputy Marshal for the Eastern District of Louisiana, and on suggestion to the Court that on the __12TH__ day of __Decmeber__, 2__000__, he was directed by the Court to furnish __MEALS__ to the members of the Petit Jury serving in the above numbered and entitled case, and

ON FURTHER SUGGESTING TO THE COURT THAT said __MEALS__ was purchased from __HERNANDEZ ENTERPRIZE, INC.__ at the cost of $ __64.40__, mover now prays that this Court authorize payment of the said amount as set above.

IT IS ORDERED BY THE COURT, that mover pay to __Hernandez Enterprize, Inc.__ the sum of $ __64.40__, representing the amount incurred in furnishing __Meals__ to the jurors ordered kept together and not to separate while serving in the above numbered and entitled case.

New Orleans, Louisiana, this 13th day of __December__, 2__000__.

DATE OF ENTRY
DEC 18 2000

_[signature]_
UNITED STATES DISTRICT JUDGE

_[signature]_
David A. Zapalo, Chief Deputy Marshal
United States Marshals Service
Eastern District of Louisiana

Fee ✓
Process
X Dktd
CtRmDep
Doc.No. 43