UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

STACY SARTIN                                                      CIVIL ACTION No. 00-0164

VERSUS

                                                                           SECTION "J"

WAL-MART STORES, INC.

                                                                           MAGISTRATE (1)

*********************************************************************

## AMENDED BILL OF COSTS

NOW INTO COURT, through undersigned counsel comes plaintiff, Stacy Sartin, who desires to amend the Bill of Costs filed herein on December 18, 2000. Judgement having been entered in the above entitled action on December 13, 2000 against Wal-Mart Stores, Inc., the clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk: | $150.00 |
| Fees for Service of Summons and Subpoenas: | $340.00 |
| Fees for Court Reporter: | $708.45 |
| Fees for Witnesses:<br>a. Susan Yingst $40.00<br>b. Dr. Michael Howard (Health Care Center) $500.00 | $540.00 |
| Dr. Michael Brunet Deposition Fee: | $750.00 |
| Fees for Medical Records: | $192.71 |
| Federal Express: | $29.04 |
| Deep South Courier Service: | $45.00 |
| TOTAL: | $2,755.20 |

DATE OF ENTRY

FEB 2 3 2001

Respectfully Submitted,

_____
LAW OFFICES OF ROBERT J. CALUDA
AND ASSOCIATES
Robert J. Caluda, Bar No. 3804
1340 Poydras Street, Suite 2110
New Orleans, Louisiana 70112
(504)586-0361

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing same to each properly addressed and postage prepaid on this 27 day of Dec ,2000.

_____
ROBERT J. CALUDA

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to Wal-Mart Stores, Inc., through Attorney of Record, Roy Beard.

_____
Robert J. Caluda for the Plaintiff, Stacy Sartin

12-27-2000
_____
Date

Please take notice that I will appear before the clerk who will tax said costs on the __10th__ Day of __January__, 2000 at __2:00 p.m.__   No appearance

Costs are taxed in the amount of $_____ and included in the judgement.

BY: _____

**OF ST. BERNARD**
8925 West Judge Perez Drive
Chalmette, Louisiana 70043
(504) 277-5662

# THE HEALTH CARE CENTER

**OF KENNER**
1940 I-10 Service Road, Suite 150
Kenner, Louisiana 70065
(504) 469-6568

December 13, 2000

Robert J. Caluda
Attorney at Law
1340 Poydras St.  Ste: 2110
New Orleans, LA  70112

In Re:  Stacy Sartin

---

STATEMENT

12/11/00   Court Appearance......................... $500.00
           Please Make Check Payable to Dr. Michael T. Howard

**RECEIVED**

DEC 19 2000

LAW OFFICES OF
ROBERT J. CALUDA & ASSOC.

*Corrected Bill — Sorry For The error  JoAnn*