

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 13 PM 3:06

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| STACY SARTIN | CIVIL ACTION No. 00-0164 |
| VERSUS | SECTION "J" |
| WAL-MART STORES, INC. | MAGISTRATE (1) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### STIPULATION OF PAYMENT AND SATISFACTION OF JUDGMENT

KNOW ALL MEN BY THESE PRESENTS:

That I, ROBERT J. CALUDA, attorney of record for/and STACY SARTIN, do hereby acknowledge receiving this day from WAL-MART STORES, INC., funds in payment and complete satisfaction and in full and final discharge of the judgment rendered and signed on the 13TH day of December, 2000, by the Honorable Carl J. Barbier, Judge, of the United States District Court for the Eastern District of Louisiana, State of Louisiana, and, accordingly, we do hereby authorize, empower and request the clerk of the United States District Court for the Eastern District of Louisiana, State of Louisiana, to forthwith cancel and erase from the records of office any inscription of said judgment as affecting all parties and to show upon the record thereof, full, final and complete discharge of any and all judgments rendered in this matter.

New Orleans, Louisiana, this _12_ day of _February_, 2001.

_____
ROBERT J. CALUDA, ESQ. #3804
1340 Poydras Street, Suite 2110
New Orleans, LA 70112
(504) 586-0361
Attorney for Plaintiff, Stacy Sartin